Certificate Number: 01401-NYE-DE-009495775

Bankruptcy Case Number: 10-40040

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 5, 2010, at 5:25 o'clock PM EST, Harry Cappas completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: January 5, 2010

By /s/Holli Bratt for Rashida Rembert

Name Rashida Rembert

Title Counselor